| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Freudenthal, Nancy D. | 2. Court or Organization<br><br>District Court - Wyoming | 3. Date of Report<br><br>5/14/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br>  ☐ Nomination    Date<br>  ☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Office of Judge Freudenthal<br>2120 Central Ave.<br>Cheyenne, WY 82001 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Representative | UW Art Museum National Advisory Board |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2003 | State of Wyoming Retirement Plan with former employer, no control, agreement signed in 2003. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. Part 2011 | State of Wyoming - salary |
| 2. Part 2011 | University of Wyoming - salary |
| 3. Part 2011 | Crowell & Moring - salary |
| 4. Part 2011 | Arch Coal, Inc. - director income |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Wyoming State Bar | May 2011 | Jackson, WY | Women's Legal Forum-Panel participant | transportation, lodging, food |
| 2. | University of Utah | September 2011 | Salt Lake City, UT | Attend seminars at the University of Utah | transportation, lodging, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Freudenthal, Nancy D.** | 5/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Cheyenne Family YMCA | Family membership | $583.00 |
| 2. | David and Peggy Sokol | Barbecue | $1,200.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Security State Bank | Mortgage on Property in Iowa City, Iowa | L |
| 2. | Oregon Trail Bank | Construction Loan | N |
| 3. | MassMutual | Loan against life insurance policy | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Meridian Trust FCU cash account #1 | A | Interest | J | T | | | | | |
| 2. Ameriprise cash equivalents | A | Int./Div. | K | T | | | | | |
| 3. INDZX | A | Dividend | J | T | | | | | |
| 4. INUTX | A | Dividend | J | T | | | | | |
| 5. RiverSource Life Annuity | A | Int./Div. | M | T | | | | | |
| 6. RiverSource Life Annuity IRA | A | Int./Div. | M | T | | | | | |
| 7. RiverSource Life Annuity IRA | A | Int./Div. | N | T | | | | | |
| 8. Deferred Comp BGI LifePath Ind. 2035 Fund M | | None | J | T | | | | | |
| 9. Mass Mutual Life Insurance | C | Dividend | M | T | | | | | |
| 10. ING Life Insurance | B | Interest | K | T | | | | | |
| 11. Stifel Nicolaus Cash Equivalents (Trust #1) | A | Interest | J | T | | | | | |
| 12. BMY Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 13. GMR Stock (Trust #1) | | None | J | T | | | | | |
| 14. GE Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 15. HD Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 16. INTC Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 17. MSFT Stock (Trust #1) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PEP Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 19. SLE Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 20. TWC Stock (Trust #1) | | None | | | Merged (with line 21) | 01/03/11 | J | | |
| 21. TWX Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 22. YUM Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 23. MMM Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 24. BGR Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 25. EOI Mutual Fund (Trust #1) | B | Dividend | J | T | | | | | |
| 26. EOS Mutual Fund (Trust #1) | B | Dividend | J | T | | | | | |
| 27. EXG Mutual Fund (Trust #1) | A | Dividend | J | T | | | | | |
| 28. ETJ Mutual Fund (Trust #1) | C | Dividend | K | T | | | | | |
| 29. KYE Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 30. Amer Funds Capital World Growth & Inc Fund CL A-Trust #1 | A | Dividend | J | T | | | | | |
| 31. FT Templeton Growth A (Trust #1) | A | Dividend | K | T | | | | | |
| 32. Hartford Capital Appreciation Fund CL A (Trust #1) | A | Dividend | J | T | | | | | |
| 33. Lord Abbett Developing Growth Fund CL A (Trust #1) | B | Dividend | K | T | | | | | |
| 34. Thornburg Value Fund A (Trust #1) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DOM investment (Trust #1) | A | Dividend | J | T | | | | | |
| 36. UNTS Claymr Delta GLBL Shipping Ser 8 (Trust #1) | A | Dividend | J | T | | | | | |
| 37. UNTS Pathfinders treasury & Growth Stock Series 31 (Trust #1 | B | Dividend | J | T | | | | | |
| 38. FT Templeton Global Bond A (Trust #1) | A | Dividend | K | T | | | | | |
| 39. CRP securities (Trust #1) | B | Dividend | J | T | | | | | |
| 40. RBSPRM Securities (Trust #1) | | None | J | T | | | | | |
| 41. RBSPRQ Securities (Trust #1) | | None | J | T | | | | | |
| 42. WFCPRJ Securities (Trust #1) | B | Dividend | K | T | | | | | |
| 43. ____ property, Cody, Park County, Wyoming (Trust #1) | | None | M | S | | | | | |
| 44. Rental property, Cody, Park County, Wyoming (Trust #1) | C | Rent | K | S | | | | | |
| 45. North Carolina HSG Fin Agy Bonds (Trust #1) | A | Int./Div. | J | T | | | | | |
| 46. WCDA Housing Bonds (Trust #1) | A | Int./Div. | K | T | | | | | |
| 47. Vectren Utility Holdings Bonds (Trust #1) | B | Dividend | | | Sold | 10/28/11 | K | | |
| 48. BXP stock (Trust #1) | A | Int./Div. | | | Redeemed | 10/28/11 | J | D | |
| 49. XOM stock (Trust #1) | A | Int./Div. | | | Sold | 10/28/11 | J | C | |
| 50. FCX stock (Trust #1) | A | Int./Div. | | | Sold | 10/28/11 | J | D | |
| 51. HBAN stock (Trust #1) | A | Int./Div. | | | Redeemed | 10/28/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PFE stock (Trust #1) | A | Int./Div. | | | Redeemed | 10/28/11 | J | | |
| 53. CAIBX mutual fund (Trust #1) | B | Dividend | K | T | Sold (part) | 10/28/11 | K | | |
| 54. FTIAX mutual fund (Trust #1) | A | Int./Div. | | | Sold | 10/25/11 | K | | |
| 55. FITAX mutual fund (Trust #1) | A | Int./Div. | J | T | | | | | |
| 56. FKINX mutual fund (Trust #1) | B | Dividend | J | T | | | | | |
| 57. AMECX mutual fund (Trust #1) | A | Int./Div. | J | T | Sold (part) | 10/28/11 | J | | |
| 58. Edward Jones Money Market (Trust #1) | A | Interest | J | T | | | | | |
| 59. Meridian Trust FCU cash account #2 | A | Interest | J | T | | | | | |
| 60. Active Diversified Alternatives MOD, IRA | D | Int./Div. | N | T | | | | | |
| 61. HFLAX (Trust #1) | B | Int./Div. | K | T | | | | | |
| 62. Casper WY Cmnty Col. Rev Bonds (Trust #1) | A | Interest | J | T | | | | | |
| 63. Oregon Trail Bank cash account | | None | J | T | | | | | |
| 64. Shoshone Title Common Stock (Trust #1) | A | Dividend | | | Redeemed | 6/2/11 | J | B | |
| 65. Residential Property, Iowa City, Johnson County, IA | | None | | | Sold | 5/27/11 | M | | Robert & Laura Bonner |
| 66. Fidelity Investments (X) | A | Interest | J | T | | | | | |
| 67. Arch Coal, Inc. Retirement Account (X) | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 5/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, #7 - I have received an opinion from the Judicial Ethics Committee allowing receipt and use of this membership gift.

Part VII, #11 - The trust's investor moved from UBS to Stifel Nicolaus, taking the trust with him. This Stifel Nicolaus cash account was previously found on line 27, as a UBS Bank Acct.

Part VII, #13 - This stock is still held but company took Ch. 11 Bankruptcy.

Part VII, #20 - TWC stock underwent a reverse split of 1:3 as of March 27, 2009. My records show ownership of TWC stock at the end of the 2010 year, with no TWC stock showing thereafter. So a January 3, 2011 date was attributed.

Part VII, #43 - The value of the property located in Cody, Park County, Wyoming has been estimated using the Park County Assessor's 2012 estimate of fair market value of $190,425.

Part VII, #44 - The value of the rental property located in Cody, Park County, Wyoming has been estimated using the Park County Assessor's 2012 estimate of fair market value of $42,072.

Part VII, #66-67 - These lines represent accounts/investments associated with        new (2011) employment or duties.

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 5/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy D. Freudenthal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544